2810.  AMERICAN AGRICULTURAL CHEMICAL CO. *v.* SHY.

RUSSELL, J. The exception is to the overruling of the demurrer to the defendant's plea. The case is still pending in the court below. The bill of exceptions is premature, and must be dismissed. *Turner* v. *Camp,* 110 *Ga.* 631 (36 S. E. 76); *Bell* v. *Stewart,* 116 *Ga.* 714 (43 S. E. 70); *Ox Breeches Co.* v. *Bird,* 1 *Ga. App.* 40 (57 S. E. 975).

*Writ of error dismissed.*

DECIDED JULY 25, 1911.

*Roger D. Flynt,* for plaintiff in error.

*J. S. Adams,* contra.